**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Francisco Mendoza Jr.                         CHAPTER 13
                Debtor(s)

                                                     BKY. NO. 23-13777 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 and index same on the master mailing list.

    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
21 Dec 2023, 09:35:28, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322