Certificate Number: 17082-PAE-DE-038054051

Bankruptcy Case Number: 23-13777



17082-PAE-DE-038054051

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 28, 2023, at 6:22 o'clock PM MST, FRANCISCO MENDOZA Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 28, 2023              By:    /s/Orsolya K Lazar

                                      Name:  Orsolya K Lazar

                                      Title: Executive Director