**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: FRANCISCO MENDOZA, JR          :
                                      :
                                      :     Case No. 23-13777-PMM
             Debtor                   :     CHAPTER 7

## PRAECIPE

**TO THE CLERK OF THE BANKRUPTCY COURT**:

Kindly withdraw docket entry #14, filed in error.

Date:  1/26/2024              By:  /s/ Lynn E. Feldman
                                   Lynn E. Feldman, Esquire
                                   Chapter 7 Trustee
                                   Attorney ID No.35996
                                   2310 Walbert Ave.
                                   Allentown, PA 18104
                                   Phone: (610) 530-9285