IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| FRANCISCO MENDOZA JR., | : CASE NO. 23-13777 PMM |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : April 4, 2024 @ 10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| FRANCISCO MENDOZA JR., | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 16 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S
PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Chapter 13 Plan, on the parties at the below addresses, on April 2, 2024, by:

**23-13777 PMM Notice will be electronically mailed to:**

Jonathan W. Chatham at RA-occbankruptcy7@pa.gov

Emmanuel J. Argentieri at bk@rgalegal.com

Michael Patrick Farrington at mfarrington@kmllawgroup.com

Charles Laputka at claputka@laputkalaw.com, jen@laputkalaw.com, jbolles@laputkalaw.com, laputka.charlesb@notify.bestcase.com

United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Scott F. Waterman at ECFMail@ReadingCh13.com

**23-13777 PMM Notice will not be electronically mailed to:**

EXECUTED ON:  April 3, 2024

                                          Respectfully submitted by,

By:    /s/ Jonathan W. Chatham
          Deputy Chief Counsel
          PA Department of Revenue
          Office of Chief Counsel
          P.O. Box 281061
          Harrisburg, PA 17128-1061
          PA Attorney I.D.:  209683
          Phone: (717) 783-3673
          Facsimile: (717) 772-1459