# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Francisco Mendoza Jr.<br>_Debtor(s)_ | CHAPTER 13 |
| Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1<br>_Movant_<br>vs. | NO. 23-13777 PMM |
| Francisco Mendoza Jr.<br>_Debtor(s)_ | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>_Trustee_ | |

**ORDER**

AND NOW, this __20th__ day of __May__, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

**Date: May 20, 2024**

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge