IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| FRANCISCO MENDOZA JR., | : CASE NO. 23-13777 PMM |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : June 27, 2024 @ 10:00 a.m. |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| FRANCISCO MENDOZA JR., | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NOS. |
| | :                    16, 29 |

## WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and upon review of the Debtor's Amended Plan, the Department hereby Withdraws its Objection to Debtor's Chapter 13 Plan.

DATED: June 25, 2024          By:    /s/ Jonathan W. Chatham
                                     Deputy Chief Counsel
                                     PA Department of Revenue
                                     Office of Chief Counsel
                                     P.O. Box 281061
                                     Harrisburg, PA 17128-1061
                                     PA Attorney I.D.: 209683
                                     Phone: (717) 783-3673
                                     Facsimile: (717) 772-1459