Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-13777-PMM

Francisco Mendoza, Jr.
2343 S 9th Street
Allentown  PA    18103

Petition Filed Date: 12/13/2023
341 Hearing Date: 02/20/2024
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/23/2024 | $590.00 | | 02/21/2024 | $295.00 | | 03/06/2024 | $295.00 | |
| 03/19/2024 | $295.00 | | 04/04/2024 | $295.00 | | 04/19/2024 | $295.00 | |
| 05/06/2024 | $295.00 | | 05/20/2024 | $295.00 | | 06/04/2024 | $295.00 | |
| 06/20/2024 | $295.00 | | 07/08/2024 | $295.00 | | 07/19/2024 | $295.00 | |

**Total Receipts for the Period: $3,835.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,425.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $7,548.27 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $4,717.38 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $0.00 | $2,538.00 |
| 3 | BETHLEHEM 1ST FEDERAL CREDIT UNION »» 002 | Secured Creditors | $23,179.48 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 03P | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | RUSHMORE SERVICING »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | SELECT PORTFOLIO SERVICING INC »» 005 | Mortgage Arrears | $23,781.30 | $0.00 | $0.00 |
| 8 | SELECT PORTFOLIO SERVICING INC »» 05P | Secured Creditors | $4,565.00 | $0.00 | $0.00 |
| 9 | CITY OF ALLENTOWN »» 006 | Secured Creditors | $896.19 | $0.00 | $0.00 |

The CLAIMS AND DISTRIBUTIONS header spans the distributions table above.

**Chapter 13 Case No. 23-13777-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,425.00 | Current Monthly Payment: | $774.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($701.00) |
| Paid to Trustee: | $442.50 | Total Plan Base: | $43,972.00 |
| Funds on Hand: | $3,982.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.