United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 23-13777-pmm

Francisco Mendoza, Jr.   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Jan 16, 2025     Form ID: 155     Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francisco Mendoza, Jr., 2343 S 9th Street, Allentown, PA 18103-6611 |
| 14848334 | + | Bethlehem 1st Federal Credit Union, 2317 Easton Avenue, Bethlehem, PA 18017-5099 |
| 14838603 | | Bethlehem Teachers FCU, 2317 Easton Avenue, Bethlehem, PA 18017-5099 |
| 14846708 | + | J.P. Morgan Mortgage Acquisition Corp., C/O ROMANO GARUBO & ARGENTIERI, Emmanuel J. Argentieri, Esquire, 52 Newton Avenue, P.O. Box 456, Woodbury, New Jersey 08096-7456 |
| 14838607 | + | Mara Mendoza, 2343 South 9th Street, Allentown, PA 18103-6611 |
| 14838608 | + | Michael R. Nesfeder, Esquire, Two City Center, 645 W Hamilton St - Ste 800, Allentown, PA 18101-2197 |
| 14838609 | | Nationstar d/b/a Mr. Cooper, PO Box 199111, Dallas, TX 75235 |
| 14840787 | + | Wilmington Trust, National Association, as Owner Trustee of OSAT Trust 2021-1, c/o MICHAEL FARRINGTON, ESQ., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14838604 | | Email/Text: coabankruptcy@allentownpa.gov | Jan 17 2025 00:17:00 | City of Allentown, Bureau of Revenue & Audit, 435 Hamilton Street, Room 215, Allentown, PA 18101 |
| 14838605 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 17 2025 00:17:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14856491 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 17 2025 00:17:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14838606 | ^ | MEBN | Jan 17 2025 00:16:00 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14838937 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2025 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14838610 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2025 00:18:00 | Select Portfolio Servicing Inc, 3815 South West Temple St, Salt Lake City, UT 84115 |
| 14857079 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2025 00:18:00 | Wilmington Trust, National Association at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14894281 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHARLES LAPUTKA | on behalf of Debtor Francisco Mendoza Jr. claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Trust National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 bkgroup@kmllawgroup.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@rgalegal.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Francisco Mendoza Jr.

   Debtor(s).

Case No. 23−13777−pmm

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: January 16, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court