Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-13777-PMM**

Francisco Mendoza, Jr.  
2343 S 9th Street  
Allentown  PA    18103

Petition Filed Date: 12/13/2023  
341 Hearing Date: 02/20/2024  
Confirmation Date: 01/16/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $295.00 | | 08/19/2024 | $295.00 | | 09/05/2024 | $295.00 | |
| 09/19/2024 | $295.00 | | 01/10/2025 | $3,050.00 | | 01/21/2025 | $295.00 | |
| 02/05/2025 | $295.00 | | 02/20/2025 | $380.00 | | 03/07/2025 | $380.00 | |
| 03/19/2025 | $380.00 | | 04/07/2025 | $380.00 | | 04/23/2025 | $380.00 | |
| 05/05/2025 | $380.00 | | | | | | | |

**Total Receipts for the Period:  $7,100.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,935.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $7,548.27 | $7,402.60 | $145.67 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $4,717.38 | $0.00 | $4,717.38 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,538.00 | $2,538.00 | $0.00 |
| 3 | BETHLEHEM 1ST FEDERAL CREDIT UNION »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 03P | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | RUSHMORE SERVICING »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | SELECT PORTFOLIO SERVICING INC »» 005 | Mortgage Arrears | $23,781.30 | $0.00 | $23,781.30 |
| 8 | SELECT PORTFOLIO SERVICING INC »» 05P | Mortgage Arrears | $4,565.00 | $0.00 | $4,565.00 |
| 9 | CITY OF ALLENTOWN »» 006 | Secured Creditors | $1,142.19 | $0.00 | $1,142.19 |

**Chapter 13 Case No. 23-13777-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,935.00 | Current Monthly Payment: | $761.00 |
| Paid to Claims: | $9,940.60 | Arrearages: | $2,622.00 |
| Paid to Trustee: | $994.40 | Total Plan Base: | $43,997.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.