United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 23-13777-pmm

Francisco Mendoza, Jr. | Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Sep 25, 2025 | Form ID: pdf900 | Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Francisco Mendoza, Jr., 2343 S 9th Street, Allentown, PA 18103-6611 |
| 14848334 | + | Bethlehem 1st Federal Credit Union, 2317 Easton Avenue, Bethlehem, PA 18017-5099 |
| 14838603 | | Bethlehem Teachers FCU, 2317 Easton Avenue, Bethlehem, PA 18017-5099 |
| 14846708 | + | J.P. Morgan Mortgage Acquisition Corp., C/O ROMANO GARUBO & ARGENTIERI, Emmanuel J. Argentieri, Esquire, 52 Newton Avenue, P.O. Box 456, Woodbury, New Jersey 08096-7456 |
| 14838607 | #+ | Mara Mendoza, 2343 South 9th Street, Allentown, PA 18103-6611 |
| 14838608 | + | Michael R. Nesfeder, Esquire, Two City Center, 645 W Hamilton St - Ste 800, Allentown, PA 18101-2197 |
| 14838609 | | Nationstar d/b/a Mr. Cooper, PO Box 199111, Dallas, TX 75235 |
| 14840787 | + | Wilmington Trust, National Association, as Owner Trustee of OSAT Trust 2021-1, c/o MICHAEL FARRINGTON, ESQ., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 26 2025 00:41:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 26 2025 00:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | Sep 26 2025 00:26:38 | Wilmington Trust, National Association not in its, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14838604 | | Email/Text: coabankruptcy@allentownpa.gov | Sep 26 2025 00:41:00 | City of Allentown, Bureau of Revenue & Audit, 435 Hamilton Street, Room 215, Allentown, PA 18101 |
| 14838605 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2025 00:41:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14856491 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2025 00:41:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14838606 | ^ | MEBN | Sep 26 2025 00:26:38 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14838937 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14838610 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2025 00:42:00 | Select Portfolio Servicing Inc, 3815 South West Temple St, Salt Lake City, UT 84115 |
| 14857079 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2025 00:42:00 | Wilmington Trust, National Association at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 25, 2025 | Form ID: pdf900 | Total Noticed: 18

Salt Lake City UT 84165-0250

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14894281 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

**Name** — **Email Address**

CHARLES LAPUTKA
on behalf of Debtor Francisco Mendoza Jr. ecfnotices@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor Wilmington Trust National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 bkgroup@kmllawgroup.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@rgalegal.com

JONATHAN WILKES CHATHAM
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Francisco Mendoza, Jr.

        Debtor

Chapter 13

Bankruptcy No. 23-13777-PMM

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 25, 2025**

_____  
PATRICIA M. MAYER  
U.S. BANKRUPTCY JUDGE